IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSE EDWARD HAYGOOD,         )
                              )
              Plaintiff       )
                              )
vs.                           )   CASE NO. CV98-B-1445-S
                              )
MARY M. BUCKELEW, et al.,     )
                              )
              Defendants      )

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on January 19, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous and for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be **DISMISSED** as frivolous and for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A final judgment will be entered.

**DONE** this 26th day of February, 1999.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the report and recommendation, mailed to the petitioner at his last known address, was returned to the clerk with the notation "return to sender - no longer at this address." To date, the plaintiff has failed to advise the court of his current address.